✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

UNITED STATES

**v.**

**APPEARANCE**

CARLOS MARRERO

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/14/05 | _Ariane D Vuono_ |
| Date | Signature |
| | Ariane D. Vuono                    545766 |
| | Print Name                        Bar Number |
| | 1550 Main Street, Room 310 |
| | Address |
| | Springfield            MA     01103 |
| | City                  State      Zip Code |
| | 413-785-0330          413-785-0394 |
| | Phone Number          Fax Number |