# UNITED STATES DISTRICT COURT

__FIRST__   DISTRICT OF   __MASSACHUSETTS__

UNITED STATES

v.

CARLOS MARRERO

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

__4/14/05__
Date

Signature

__Thomas J. O'Connor, Jr.__    __640433__
Print Name                              Bar Number

__1550 Main Street, Room 310__
Address

__Springfield__    __MA__   __01103__
City                  State      Zip Code

__413-785-0395__    __413-785-0394__
Phone Number        Fax Number