UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30 0017- MAP |
| v. ) | |
| ) | VIOLATIONS: |
| ) | |
| CARLOS MARRERO, ) | 21 U.S.C. § 841 |
| a/k/a "Brooklyn," ) | (Possession with Intent to |
| ) | Distribute Cocaine and |
| ) | Cocaine Base) |
| ) | (Counts One and Two) |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (Title 21, United States Code, Section 841:
        Possession with Intent to Distribute Cocaine Base)

   1. On or about June 8, 2004, in Hampden County, in the District of Massachusetts,

       CARLOS MARRERO, a/k/a "Brooklyn,"

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance.

   2. The grand jury further charges that the offense in Part 1 of Count One of this Indictment involved fifty grams or more of a mixture or substance containing cocaine base in the form of crack cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this case.

   All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO:   (Title 21, United States Code, Section 841:
            Possession with Intent to Distribute Cocaine Base)

1. On or about June 15, 2004, in Hampden County, in the District of Massachusetts,

CARLOS MARRERO, a/k/a "Brooklyn,"

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance.

2. The grand jury further charges that the offense in Part 1 of Count Two of this Indictment involved fifty grams or more of a mixture or substance containing cocaine base in the form of crack cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
THOMAS J. O'CONNOR, JR.
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on April 14, 2005. at 3:44 pm.

_____
DEPUTY CLERK OF COURT.