UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-30017-MAP |
| ) | |
| CARLOS MARRERO, ) | |
|     a/k/a "Brooklyn," ) | |
|     Defendant. ) | |

### GOVERNMENT'S MOTION TO IMPOUND

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves this Court, pursuant to Local Rule 7.2, to impound the Government's Indictment and Warrant for Arrest until further order of the Court. As grounds for this motion, the government states that (1) the investigation of Carlos Marrero is ongoing and disclosure of the confidential information contained in the indictment and warrant for arrest could compromise the ongoing investigation.

WHEREFORE, the United States respectfully requests that the Court (1) order the Indictment and Warrant for Arrest impounded until further order of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Ariane D. Vuono
Assistant U.S. Attorney

Dated: April 15, 2005