UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
        V.                     )    CRIMINAL NO. 05-30017-MAP
                               )
CARLOS MARRERO,                )
    a/k/a "Brooklyn,"          )
        Defendant

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because it involves (check all that apply):

   _____ Crime of violence (18 U.S.C. Section 3156)

   __X__ Maximum sentence life imprisonment or death

   __X__ 10 plus years drug offense

   __X__ Felony, with two prior convictions in above categories

   __X__ Serious risk defendant will flee

   _____ Serious risk of obstruction of justice

2. **Reason for Detention.** The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. **Rebuttable Presumption.** The United States ((will,) will not) invoke the rebuttable presumption against defendant under Section 3142(e). (If yes) The presumption applies because (check one or both):

  __X__ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

  _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. *Time for Detention Hearing*. The United States requests the court conduct the detention hearing,

  __X__ At first appearance

  _____ After continuance of ____ days (not more than 3)

5. *Witnesses*. The United States intends to call the following witnesses: *proffer*

The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

6. *Other Matters*.

_____

_____

_____

DATED this 11th day of April, 2005.

          _____
          Assistant United States Attorney