UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                             )<br>)<br>CARLOS MARRERO,               )<br>    Defendant               ) | Criminal No. 05-CR-30017-MAP |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney of record for the Defendant, Carlos Marrero, in the above-entitled matter.

Respectfully submitted,

Dated: May 23, 2005

/s/ C. Jeffrey Kinder
C. Jeffrey Kinder, BBO# 563890
FIERST, PUCCI & KINDER LLP
64 Gothic Street, Suite 4
Northampton  MA  01060-3042
413-584-8067
413-585-0787 (facsimile)

CERTIFICATE OF SERVICE

I, C. Jeffrey Kinder, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/by hand on May 23, 2005.

/s/ C. Jeffrey Kinder
C. Jeffrey Kinder, Esq.