UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)<br>)<br>CARLOS MARRERO,    )<br>                    Defendant    ) | Civil Action No. 05-30017-MAP |

REVISED SCHEDULING ORDER
June 3, 2005

NEIMAN, U.S.M.J.

Further proceedings shall be governed in accord with the following revised schedule:

1.  Any discovery request letters shall be sent and filed by June 23, 2005. *See* LR 116.3(A) and (H).

2.  Any responses to discovery request letters shall be sent and filed within fourteen days of receipt of the discovery request letter(s) referred to in Paragraph 1 above *or* on or before July 7, 2005, *whichever date shall first occur. See* LR 116.3(A).

3.  Consistent with the provisions of LR 116.3(E) through (H), any and all discovery motions shall be filed on or before fourteen days after the receipt of the opposing party's declination to provide the requested discovery *or* fourteen days after the opposing party has received the discovery request letter and has failed to respond thereto, *whichever date*

*shall first occur.* See LR 116.3(E) through (H).

4. Consistent with the provisions of Paragraph 3 above, a response to any motion shall be filed on or before fourteen days after the motion has been filed. *See* LR 116.3(I).

5. An Interim Status Conference will be held on August 9, 2005, at 2:00 p.m. in Courtroom III.

6. A joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through (7), with particular attention being paid to the calculations made necessary by the Speedy Trial Act, shall be filed on or before the close of business, August 5, 2005.

IT IS SO ORDERED.

DATED: June 3, 2005

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge