UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-30017-MAP |
| ) | |
| CARLOS MARRERO, ) | |
| Defendant ) | |

INITIAL STATUS REPORT
June 3 , 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established a revised schedule as outlined in the Revised Scheduling Order issued this day.

2. The court has scheduled a Status Conference for August 9, 2005.

3. The parties assert, and the court agrees, that twenty-three days will have run on the Speedy Trial clock as of August 9, 2005. An order of excludable delay shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge