**FIERST, PUCCI & KINDER LLP**
ATTORNEYS AT LAW
**64 GOTHIC STREET**
NORTHAMPTON, MASSACHUSETTS 01060-3042

FREDERICK U. FIERST*
JOHN P. PUCCI
C. JEFFREY KINDER**
JONATHAN J. KANE***

WALTER C. SOMOL
J. LIZETTE RICHARDS****

(413) 584-8067
TELECOPIER (413) 585-0787
EMAIL: (recipient's name)@fierstpucci.com
WEBSITE: www.fierstpucci.com

June 20, 2005

Thomas O'Connor, Esquire
Assistant U.S. Attorney
U.S. Attorney's Office
1550 Main Street
Springfield  MA  01103

Re:  **U.S. v. Carlos Marrero, Criminal No. 05-CR-30017-MAP**

Dear Mr. O'Connor:

Please consider this letter a request pursuant to Local Rule
116.3(A) for the following additional discovery in the above-
captioned criminal case:

1.   early disclosure of grand jury transcripts and other
     Jencks Act material;

2.   the identities of and any impeachment material related
     to any confidential informants who provided information
     to the government in this case;

3.   copies of any relevant photographs in the government's
     possession;

4.   evidence the government intends to offer pursuant to
     Fed. R. Evid. 404(b);

5.   co-conspirator hearsay statements;

6.   evidence of the use of pen registers or trap and trace
     devices;

7.   all documentary evidence related to the testing of the
     substances allegedly obtained from Carlos Marrero which
     testing is summarized in the DEA Forms 7 dated June 22,
     2004 and June 30, 2004.  The requested documents
     include, but are not limited to, the following:

     a.   the complete DEA laboratory file concerning the
          analyses of the substances;

*    ALSO ADMITTED IN NEW YORK
**   ALSO ADMITTED IN COLORADO
***  ALSO ADMITTED IN NEW HAMPSHIRE AND CONNECTICUT
**** ALSO ADMITTED IN NEW HAMPSHIRE

Thomas O'Connor, Esquire
June 20, 2005
Page 2

      b.   bench notes of the analysts performing the
           laboratory tests on the substances allegedly
           obtained from Carlos Marrero;

      c.   any publications, notes or memoranda upon which
           any government expert relied in forming an opinion
           as to the composition and identification of the
           substances examined;

      d.   all analytical data which is relevant to the
           identification of the substance tested;

      e.   all analytical data which is relevant to the
           quantity of the substance tested;

      f.   all worksheets, sequence tables, quality control
           data and target ranges related to the substance
           tested.

Please call me at (413) 584-8067 if you have any questions.

Very truly yours,

C. Jeffrey Kinder

CJK/hs
Copy to:  Clerk, U.S. District Court
          Carlos Marrero