FIERST, PUCCI & KINDER LLP

ATTORNEYS AT LAW
64 GOTHIC STREET
NORTHAMPTON, MASSACHUSETTS 01060-3042

FREDERICK U. FIERST*
JOHN P. PUCCI
C. JEFFREY KINDER**
JONATHAN J. KANE***

PETER L. BROOKS ⁌
OF COUNSEL

WALTER C. SOMOL
J. LIZETTE RICHARDS****

(413) 584-8067
TELECOPIER (413) 585-0787
EMAIL: (recipient's name)@fierstpucci.com
WEBSITE: www.fierstpucci.com



July 21, 2005

Thomas O'Connor, Esquire
Assistant U.S. Attorney
U.S. Attorney's Office
1550 Main Street
Springfield   MA   01103

Re:   **U.S. v. Carlos Marrero, Criminal No. 05-CR-30017-MAP**

Dear Mr. O'Connor:

Please consider this letter a supplemental request pursuant to Local Rule 116.3(A) that the government preserve for independent testing the substances seized from Carlos Marrero in the above-captioned case.

Please call me at (413) 584-8067 if you have any questions.

Very truly yours,

C. Jeffrey Kinder

CJK/hs
Copy to:   Clerk, U.S. District Court
           Carlos Marrero

\* ALSO ADMITTED IN NEW YORK
\*\* ALSO ADMITTED IN COLORADO
\*\*\* ALSO ADMITTED IN NEW HAMPSHIRE AND CONNECTICUT
\*\*\*\*ALSO ADMITTED IN NEW HAMPSHIRE
⁌ ADMITTED IN NEW YORK AND INDIANA ONLY