UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIM. NO. 05-30017-MAP |
| ) | |
| Carlos Marrero, ) | |
| a/k/a "Brooklyn," ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION FOR EXCLUDABLE DELAY
PURSUANT TO THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following motion for an order of excludable delay for the following:

1. the period of time from June 20, 2005, the date on which the defendant filed his discovery letter pursuant to Local Rule 116.3(A), through August 9, 2005, the date on which the government obtained and produced the last of the discovery materials requested by the defendant, pursuant to 18 U.S.C. § 3161(h)(1)(F) and (h)(8)(A);

2. the period of time from August 9, 2005, the date of the interim status conference at which counsel for the defendant informed the court of the defendant's desire to obtain different counsel, through August 12, 2005, the date on which the court will hold a hearing regarding change of counsel, pursuant to 18 U.S.C. § 3161(h)(1)(F) and (h)(8)(A); and

3. the period of time from August 9, 2005, through September 19, 2005, during which time the interim status conference in this matter has been continued to allow the defendant to evaluate the discovery materials received from the DEA laboratory with the assistance of an expert, pursuant to 18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney
                        By:
                                        Thomas J. O'Connor, Jr.
                                        Assistant U.S. Attorney

Dated: August 9, 2005

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>C. Jeffrey Kinder, Esq.
>Fierst Pucci & Kinder LLP
>64 Gothic Street
>Suite 4
>Northampton, MA 01060

This 9th day of August, 2005.

_____
Thomas J. O'Connor, Jr.
ASSISTANT U.S. ATTORNEY