UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-CR-30017-MAP |
| ) | |
| CARLOS MARRERO, ) | |
|     Defendant ) | |

### DEFENSE COUNSEL'S MOTION TO WITHDRAW

    C. Jeffrey Kinder, counsel for Defendant Carlos Marrero ("Marrero") in the above-captioned action, hereby moves the Court to allow him to withdraw as counsel for Marrero. As grounds therefore, undersigned counsel states as follows:

    1. On August 8, 2005, I was informed by Marrero that he no longer wished to be represented by me.

    2. Marrero informed me that my services were too expensive and that he wished to be represented by someone else.

    3. The professional relationship between Marrero and me has broken down such that I believe I can no longer effectively represent him.

WHEREFORE, C. Jeffrey Kinder respectfully requests that the Court enter an order allowing him to withdraw as counsel for Carlos Marrero in this action.

Respectfully submitted,

Dated: August 11, 2005

/s/ C. Jeffrey Kinder
C. Jeffrey Kinder, BBO# 563890
FIERST, PUCCI & KINDER LLP
64 Gothic Street, Suite 4
Northampton  MA  01060-3042
413-584-8067
413-585-0787 (facsimile)

CERTIFICATE OF SERVICE

I, C. Jeffrey Kinder, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/by hand on August 11, 2005.

/s/ C. Jeffrey Kinder
C. Jeffrey Kinder, Esq.