UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,   )
                            )
Vs.                         )   Crim. No. 05-30017
                            )
CARLOS MARRERO              )
                            )
Defendant.                  )

NOTICE OF APPEARANCE

I, Linda J. Thompson, being duly qualified to practice in the United States District Court for the District of Massachusetts, hereby enter my appearance on behalf of the defendant, CARLOS MARRERO.

Dated 8-24-05

Respectfully submitted,
CARLOS MARRERO, defendant

/s/ Linda J. Thompson
Linda J. Thompson, BBO #496840
His Attorney
THOMPSON & THOMPSON, P.C.
1331 Main Street
Springfield, MA 01103
(413) 739-2100