UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.     )<br>)<br>)<br>)<br>CARLOS MARRERO,     )<br>        Defendant   ) | Criminal Action No. 05-30017-MAP |

INTERIM SCHEDULING ORDER
September 19, 2005

NEIMAN, U.S.M.J.

    The following schedule was established at the status conference this day:

1. Any discovery request letters shall be sent and filed by October 3, 2005. *See* LR 116.3(A) and (H).

2. Any responses to discovery request letters shall be sent and filed within fourteen days of receipt of the discovery request letter(s) referred to in Paragraph 1 above *or* on or before October 17, 2005, *whichever date shall first occur*. *See* LR 116.3(A).

3. Consistent with the provisions of LR 116.3(E) through (H), any and all discovery motions shall be filed on or before fourteen days after the receipt of the opposing party's declination to provide the requested discovery *or* fourteen days after the opposing party has received the discovery request letter and has failed to respond thereto, *whichever date*

*shall first occur.* *See* LR 116.3(E) through (H).

4. Consistent with the provisions of Paragraph 3 above, a response to any motion shall be filed on or before fourteen days after the motion has been filed. *See* LR 116.3(I).

5. An Interim Status Conference in accordance with LR 116.5 will be held at the parties' request on November 3, 2005, at 2:30 p.m. in Courtroom III.

6. On or before the close of business, November 1, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

Dated: September 19, 2005                    /s/ Kenneth P. Neiman
                                                                KENNETH P. NEIMAN
                                                                U.S. Magistrate Judge