UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-30017-MAP |
| | ) | |
| CARLOS MARRERO, | ) | |
| Defendant | ) | |

INTERIM STATUS REPORT
September 19, 2005

NEIMAN, U.S.M.J.

The court held an interim Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled an Interim Status Conference for November 3, 2005.

3. The parties – and the court – have agreed and determined that twenty-three days will have run on the Speedy Trial Clock as of November 3, 2005. A separate order shall issue.

4. Defendant has new counsel.

5. There are no other matters relevant to the progress or resolution of the case.

/s/    Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge