FILED
K'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 NOV -2 P 5: 45

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIM. NO. 05-30017-MAP |
| ) | |
| Carlos Marrero, ) | |
|     a/k/a "Brooklyn," ) | |
| ) | |
|     Defendant. ) | |

### GOVERNMENT'S MOTION FOR PERMISSION
### TO FILE STATUS REPORT ONE DAY LATE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this court for permission to file the attached status conference report one day late. As grounds for this motion, the government states that counsel attempted to but were unable to confer on this matter due to scheduling conflicts prior to the required filing date.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Thomas P. O'Connor, Jr.
Assistant U.S. Attorney

Dated: November 2, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by fax to:

Linda J. Thompson, Esq.
Thompson & Thompson, P.C.
1331 Main Street
Springfield, MA 01103
Fax:  4130-739-2300

This 2nd day of November, 2005.

_____
Thomas J. O'Connor, Jr.
ASSISTANT U.S. ATTORNEY