UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>CARLOS MARRERO, )<br>        Defendant ) | Criminal No. 05-30017-MAP |

INTERIM SCHEDULING ORDER
November 3, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. The Government shall provide its expert disclosures by November 10, 2005, and Defendant shall provide reciprocal expert disclosures by December 2, 2005.

2. A final status conference will be held on December 8, 2005, at 2:00 p.m. in Courtroom III.

3. On or before the close of business, December 6, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge