UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30017-MAP |
| ) | |
| CARLOS MARRERO, ) | |
| Defendant ) | |

INTERIM STATUS REPORT
November 3, 2005

NEIMAN, U.S.M.J.

The court held an interim Status Conference this day and, in accord with Local Criminal Rule 116.5(B), reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a final Status Conference for December 6, 2005.

3. For the reasons set forth in the parties' joint statement, the court agrees that twenty-three days have run on the speedy trial clock as of today and, in the interests of justice (i.e., to obtain and provide expert disclosure), no additional time will run at least until December 6, 2005, as agreed by the parties this day in open court. An order of excludable delay shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge

Case 3:05-cr-30017-MAP    Document 36    Filed 11/03/2005    Page 2 of 2