UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIM. NO. 05-30017-MAP |
| | ) |
| Carlos Marrero, | ) |
|     a/k/a "Brooklyn," | ) |
| Defendant. | ) |

**FINAL STATUS CONFERENCE REPORT**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Linda J. Thompson, Esq., counsel for Carlos Marrero, hereby submit the following status report pursuant to the Local Rules and Magistrate Judge Neiman's written order.

1.  The parties agree at this time that this case does not require relief from the timing requirements imposed by Local Rule 116.3.

2.  The government has provided its expert discovery. The defendant has notified the government that he intends to rely on expert testimony and intends to supplement that disclosure. The defendant's attorney was involved in the trial of another matter until recently and, therefore, was unable to fully prepare expert disclosure. That case pled on December 7, 2005. The parties request that the court set a final date for the defendant to complete production of his expert discovery.

3.  The government does not anticipate the receipt of additional discoverable information, documents or reports of examinations or tests. In the event that the government does obtain such information or materials, it will supplement its discovery as required under the Federal Rules of Criminal Procedure and the Local Rules.

4.  The parties agree that it would be appropriate to establish a schedule under Fed. R. Crim. P. 12(c) for the filing and disposition of pretrial motions.

5.  The parties agree that the period of time from November 3, 2005, the date of the previous status conference in this matter, through such time as the defendant completes the production of his expert discovery, should be excluded from the Speedy Trial Act clock in the interests of justice pursuant to 18 U.S.C. § 3161(h)(1)(F) and (h)(8)(A), on the grounds that the parties have been and continue to be involved in the production of requested expert discovery.

6.  The parties anticipate that a trial will require approximately four trial days.

7.  The parties agree that the scheduling of an initial pretrial conference would be appropriate.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Thomas J. O'Connor, Jr.
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

/s/ Linda J. Thompson
Linda J. Thompson, Esq.
Counsel for Carlos Marrero

Dated: December 7, 2005

3