UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-30017-MAP |
| ) | |
| CARLOS MARRERO,  ) | |
| Defendant ) | |

FINAL STATUS REPORT
December 8, 2005

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. Defendant is to provide his expert disclosures by January 17, ~~2005~~ 2006.

2. All other discovery has been completed.

3. An initial pretrial conference has been scheduled for January 31, 2006, at 2:00 p.m. in Courtroom I. Defendant will inform the court at that time whether he intends to file any dispositive motions.

4. The parties estimate that a trial, if necessary, will take approximately four days.

5. Defendant does not intend to raise a defense of insanity or public authority.

6. The parties -- and the court -- agree for the reasons stated in the parties report (Document No. 37) that no time will have run on the Speedy Trial

clock between November 3, 2005, and January 17, 2006. An Order of Excludable Delay shall issue.

7. There are no other matters relevant to the progress or resolution of the case.

DATED: December 8, 2005

    /s/ Kenneth P. Neiman  
KENNETH P. NEIMAN  
U.S. Magistrate Judge