FILED
UNITED STATES DISTRICT COURT'S OFFICE
DISTRICT OF MASSACHUSETTS

2005 DEC -8 P 4: 12

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | CRIM. NO. 05-30017-MAP |
| ) | |
| Carlos Marrero, ) | |
|     a/k/a "Brooklyn," ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION FOR EXCLUDABLE DELAY PURSUANT TO THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following motion for an order of excludable delay for the period from December 8, 2005, through January 17, 2006, during which the court afforded the defendant time to review the government's expert disclosure, consult with an expert of his own, and determine whether to rely on an expert of his own at trial. As grounds for this motion, the government states that exclusion is appropriate pursuant to 18 U.S.C. § 3161(h)(1)(F) and (h)(8)(A). The government further notes that the defendant, through counsel, has assented to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Thomas J. O'Connor, Jr.
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

Dated: December 8, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Linda J. Thompson, Esq.
Thompson & Thompson, P.C.
1331 Main Street
Springfield, MA 01103

This 8th day of December, 2005.

Thomas J. O'Connor, Jr.
ASSISTANT U.S. ATTORNEY