UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal Action No. 05-30017-MAP |
| ) | |
| ) | |
| CARLOS MARRERO, ) | |
| Defendant ) | |

ORDER
December 20, 2005

NEIMAN, U.S.M.J.

The following schedule is established regarding Defendant's Second Motion for Release from Pretrial Detention (Doc. No. 41):

1. The Government shall file its response to Defendant's Motion by December 30, 2005.

2. Counsel shall appear for a motion hearing on January 5, 2006, at 1:00 p.m. in Courtroom Three. The clerk's offices shall make arrangements for Defendant to be present for the hearing.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge