UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. 05-30017-MAP |
| ) | |
| CARLOS MARRERO, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon previous felony drug convictions of defendant CARLOS MARRERO to increase the punishment that may be imposed by this Court upon defendant CARLOS MARRERO'S conviction for the drug offenses alleged in the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding CARLOS MARRERO are the following:

1. a conviction for Trafficking a Controlled Substance (Cocaine), Hampden County Superior Court, Indictment No. 95-587;

2. a conviction for Possession with Intent To Distribute a Class A Substance (Heroin) Subsequent Offense; Hampden County Superior Court, Indictment No. 94-1161; and

3. a conviction for Possession with Intent To Distribute a Class A Substance (Heroin) within a School Zone, Hampden

        County Superior Court, Indictment No.
        94-1160; and

   4.   a conviction for Distributing a Class B
       Substance (Cocaine), Hampden County
       Superior Court, Indictment No. 91-1250.

Photocopies of the certified copies of the convictions, clerk's logs, and appearances of counsel are attached and are incorporated fully herein. The original certified copies are in the custody of the government.

   Filed this 28th day of December, 2005.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

By: _____
                 THOMAS J. O'CONNOR, JR.
                 Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Linda J. Thompson, Esq.
Thompson & Thompson, P.C.
1331 Main Street
Springfield, MA 01103

   This 28th day of December, 2005.

                        _____
                        Thomas J. O'Connor, Jr.
                        Assistant U.S. Attorneys

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                                    SUPERIOR COURT
                                                INDICTMENT NO 95- 587

COMMONWEALTH

VS.

JOSE RAMOS

---

INDICTMENT
TRAFFICKING IN CONTROLLED SUBSTANCE
(COCAINE)
GENERAL LAWS CHAPTER 94C, SECTION 32E(b)

---

At the SUPERIOR COURT, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Monday of March 1995. THE GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

JOSE RAMOS

defendant herein, of ADDRESS UNKNOWN, on or about March 4, 1995, at HOLYOKE in the COUNTY of HAMPDEN, did traffick in COCAINE or any salt or mixture thereof by knowingly or intentionally manufacturing, distributing or dispensing, or possessing with intent to manufacture, distribute or dispense, or did bring into the Commonwealth a quantity of COCAINE or any salt or mixture thereof, with a net weight of Twenty-Eight Grams or more, but less than One Hundred Grams.

A TRUE BILL

_____          Asst _____
Foreman of the Grand Jury          District Attorney

---
RETURN
---

HAMPDEN, ss.   On this 22nd day of March, 1995, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:
                                    _____
                                    Assistant Clerk

4056I

A true copy:

Attest: _____
              Assistant Clerk

Hampden Division
Superior Court Department
Marie G. Mazza, Esq.
Clerk /Magistrate

**CLERK'S LOG**

Case No. 95  587

COMMONWEALTH   v.

_____JOSE RAMOS_____

Mark Mastroianni
Assistant District Attorney

Dale E. Bass
Attorney for Defendant

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|
| 3/30/95 | Carhart, J | CPCS apptd   $15,000.00   PLEA: P.N.G.   BAIL: cash w/o surety   Date of Pretrial Conference: 4/13/95 | Bergin | Flaherty |
| | | Drug rights given | | |
| 4/13/95 | Josephson, J | Cont'd to 4-18-95 for P.T.C. | K. McNeil | P. Pribin |
| 4/18/95 | Josephson, J | Disc. mo. filing 4-25-95; Disc. mo. hearing 5-2-95; Evid. mo. filing 5-9-95; Evid. mo. hearing 5-16-95; F.T.C. 6-12-95; and Trial 6-26-95. | K. McNeil | A. Burke |
| 4/20/95 | Josephson, J | Bail $15,000.00 c/s w/o prej. Withdrawal of app. of J.K. Green, Esq. is approved. | K. McNeil | A. Burke |
| 5/2/95 | Spina, J. | Cont'd to 5/8/95 for motion hearing. | Ginley | Burke |
| 5/8/95 | Spina, J. | Cont'd to 5/10/95 for motion hearing. | Ginley | Burke |
| 5/10/95 | Spina, J. | Cont'd to 5/16/95 for evidentiary hearing. | Ginley | Burke |
| 5/16/95 | Spina, J. | Motion heard. Cont'd to 5/18/95 for an evidentiary hearing. | Ginley | Burke |
| 5/18/95 | Moriarty, J | Retracts and pleads guilty to so much of the Indictment that alleges more than 14 but less than 28 grams. Court Accepts plea. Sentence: M.C.I. C.J. for not more than 3 yrs 1 day and not less than 3 years concurrent with sentence in 94-1161. V/W fee waived, Credit for 75 days | Fitzgerald | Flaherty |

A true copy:

Attest: Erin M. Hanrety

# Commonwealth of Massachusetts

HAMPDEN, SS.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
NO. 95587

HAMPDEN COUNTY
SUPERIOR COURT
FILED
MAR 30 1995

_____
CLERK-MAGISTRATE

COMMONWEALTH

- vs -

Jose Ramos

APPEARANCE

In the above entitled action _____
appear for ___Defendant___

_____
Attorney

A true copy:

Attest:

_____
Assistant Clerk

Form 1Cr.

# Commonwealth of Massachusetts

HAMPDEN, SS.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
NO. 95-0587

COMMONWEALTH

- vs -

JOSE RAMOS

**APPEARANCE**

HAMPDEN COUNTY,
SUPERIOR COURT,
**FILED**
APR 20 1995

*Marie G. Mazza*
CLERK-MAGISTRATE

In the above entitled action ___I w. 11_____

appear for ___the defendant___

_____
Attorney
D. E. BASS, ESQ.

14 Hubbard Ave, Spfld, MA
Address                    01105

(413) 732-7900
Telephone

A true copy:

Attest:
_Colin M. Chartter_
Dep. Assistant Clerk

Form 1Cr.

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                                    SUPERIOR COURT
                                                INDICTMENT NO. 94 1161

COMMONWEALTH

vs.

CARLOS MARRERO

---

INDICTMENT
UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE
WITH INTENT TO DISTRIBUTE
(CLASS A - HEROIN)
(SUBSEQUENT OFFENSE)
GENERAL LAWS CHAPTER 94C, SECTION 32

---

At the SUPERIOR COURT, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Monday of June 1994. THE GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

CARLOS MARRERO

defendant herein, of SPRINGFIELD in the COUNTY of HAMPDEN, on or about May 15, 1994, at SPRINGFIELD in the COUNTY of HAMPDEN, not being authorized by the provisions of Chapter 94C of the General Laws, did knowingly or intentionally manufacture, distribute or dispense, or possess with intent to manufacture, distribute or dispense, a controlled substance in CLASS A, namely: HEROIN, the said CARLOS MARRERO having been previously convicted of a similar offense in the Hampden County Superior Court on August 5, 1991.

A TRUE BILL

_____          _____
Foreman of the Grand Jury         District Attorney

RETURN

HAMPDEN, ss.   On this 16th day of June, 1994, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:                          _____
                                 Assistant Clerk
32651

A true copy:

Attest: _____
        Assistant Clerk

Hampden Division
Superior Court Department
William J. Martin, Jr.
Clerk/Magistrate

CLERK'S LOG                                Case No. **94 1161**

COMMONWEALTH    v.              _Frank Dinn_
                                Assistant District Attorney
CARLOS MARRERO                  _Richard Rubin_
                                Attorney for Defendant

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|
| 7-13-94 | Spina | PLEA: P.N.G.   BAIL:<br>Date of:<br>Pretrial Conference: | | |
| 10-28-94 | Moriarty, J. | Jury trial begins with 94-1160, 94-1129-1130 and 94-1155-1157. | Sibley | Grommer |
| 10-31-94 | Moriarty, J. | Trial continues. | Sibley | Grommer |
| 11-1-94 | Moriarty, J. | Jury trial continues. Defendant's oral motion for a required finding of not guilty is denied at the close of the Commonwealth's evidence. Defendant's oral motion for a required finding of not guilty is renewed at the close of all of the evidence and is denied. | Sibley | Grommer |
| 11-2-94 | Moriarty, J. | Jury trial continues. Verdict-Guilty. Jury trial for the subsequent offense portion of the indictment begins with 94-1130 with the same impaneled jury. Defendant's oral motion for a required finding of not guilty is denied at the close of the Commonwealth's evidence. Verdict-Guilty of the subsequent offense. | Sibley | Grommer |

Hampden Division
Superior Court Department
Marie G. Mazza, Esq.
Clerk/Magistrate

PAGE 2
CLERK'S LOG

Case No. 94-1161

COMMONWEALTH V. Carlos Marrero

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|
| 5/18/95 | Moriarty | Sentence: M.C.I. C.J. for not more than 5 years 1 day and not less than 5 years. V/W fee waived. Credit: none. Deft AKA as Jose Ramos. Issued. | Fitzgerald | Flaherty |

A true copy:

Attest: _____
            Assistant Clerk

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                                              SUPERIOR COURT
                                                          INDICTMENT NO. 94 1160

COMMONWEALTH

VS.

CARLOS MARRERO

INDICTMENT
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE CLASS A SUBSTANCE
WITHIN ONE THOUSAND FEET OF A SCHOOL
GENERAL LAWS CHAPTER 94C, SECTION 32J
(HEROIN)

At the SUPERIOR COURT, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Monday of June 1994. THE GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

CARLOS MARRERO

defendant herein, of SPRINGFIELD in the COUNTY of HAMPDEN, on or about May 15, 1994, at SPRINGFIELD in the COUNTY of HAMPDEN, while in, on, or within one thousand feet of the real property comprising a public or private elementary, vocational, or secondary school, to wit, DEBERRY SCHOOL whether or not in session, or within one hundred feet of a public park or playground did violate the provisions of section 32, 32A, 32B, 32C, 32D, 32E, 32F, or 32I of chapter ninety-four C of the General Laws, as amended in violation of section 32J of chapter 94C of the Massachusetts General Laws, as amended.

A TRUE BILL

_____            _____
Foreman of the Grand Jury                  District Attorney

RETURN

HAMPDEN, ss.   On this 16th day of June, 1994, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:                                    _____
                                           Assistant Clerk

A true copy:

Attest:
_____
Assistant Clerk

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.

SUPERIOR COURT
INDICTMENT NO. 94 1160

COMMONWEALTH

VS.

CARLOS MARRERO

INDICTMENT
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE CLASS A SUBSTANCE
WITHIN ONE THOUSAND FEET OF A SCHOOL
GENERAL LAWS CHAPTER 94C, SECTION 32J
(HEROIN)

At the SUPERIOR COURT, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Monday of June 1994. THE GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

CARLOS MARRERO

defendant herein, of SPRINGFIELD in the COUNTY of HAMPDEN, on or about May 15, 1994, at SPRINGFIELD in the COUNTY of HAMPDEN, while in, on, or within one thousand feet of the real property comprising a public or private elementary, vocational, or secondary school, to wit, DEBERRY SCHOOL whether or not in session, or within one hundred feet of a public park or playground did violate the provisions of section 32, 32A, 32B, 32C, 32D, 32E, 32F, or 32I of chapter ninety-four C of the General Laws, as amended in violation of section 32J of chapter 94C of the Massachusetts General Laws, as amended.

A TRUE BILL

_____          _____
Foreman of the Grand Jury              District Attorney

RETURN

HAMPDEN, ss. On this 16th day of June, 1994, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:
_____
Assistant Clerk

A true copy:

Attest:
_____
Assistant Clerk

Hampden Division
Superior Court Department
William J. Martin, Jr.
Clerk/Magistrate

**CLERK'S LOG**

Case No. **94 1160**

COMMONWEALTH    v.

_____Dunn_____
Assistant District Attorney

___CARLOS MARRERO___

_____Rubin_____
Attorney for Defendant

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|
| 7-13-94 | Spina | Court appoints Atty G Nassan Rule 53<br>PLEA: P.N.G.  BAIL: 1,000 c/s<br>Date of:<br>Pretrial Conference: 7-27-94 | Enson | Burke |
| | | Drug Rights Given | | |
| 7-27-94 | Ford | cont. to 10/25/94 for Trial | Fitzgerald | Grossman |
| 9-16-94 | Carhart | Motion Hearing 9-20-94 Trial 10-25-94 | Enson | Freed |
| 9-20-94 | Carhart | Motions Heard continued to the Trial date 10-25-94 | Enson | Freed |
| 10-6-94 | Josephson | continued to the Trial date 10-25-94 | Enson | Freed |
| 10-26-94 | Moriarty, J. | Motion to Suppress hearing. | Gilley | Grossman |
| 10-28-94 | Moriarty, J. | Motion to Suppress hearing continues - Motion to suppress denied. Jury trial begins with #94-1161, #94-1129-1130 and #94-1155-1157. Christine O'Donnell is selected as jury foreloday. | Gilley | Grossman |
| 10-31-94 | Moriarty, J. | default + warrant to issue. Bail is ordered forfeited. Trial continues in the defendant's absence. Defendant has voluntarily absented himself from trial. Issued. | Gilley | Grossman |
| 11-1-94 | Moriarty, J. | Jury trial continues. defendant's oral motion for a required finding of not guilty is denied at the close of | Gilley | Grossman |

Hampden Division
Superior Court Department
William J. Martin Jr.
Clerk/Magistrate

PAGE 2
CLERK'S LOG

Case No. 94-1160

COMMONWEALTH V. Carlos Marrero

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|
| cont 11-1-94 | Moriarty, J. | the Commonwealth's evidence. Defendant's oral motion for a required finding of not is renewed at the close of all of the evidence and is denied | Lilly | Grossman |
| 11-2-94 | Moriarty, J. | Jury trial continues. Verdict Guilty | Lilly | Grossman |
| 1-19-95 | Moriarty, J. | Order of 10-31-94 is vacated. Order for forfeiture of bail is allowed | Lilly | |
| 5/16/95 | Spina, J. | Default is removed and the warrant is recalled. Held w/o right to bail, order revoked. Cont. 5-18-95 sentencing. | Lilly | Burke |
| 5/18/95 | Moriarty, J. | Sentence: Hampden County House of Correction for 2 years from and After Sentence in 94-1161. Motion for Forfeiture – Allowed. Deft. AKA as Jose Ramos. Issued. | Fitzgerald | Flaherty |

A true copy:

Attest:

_____
Assistant Clerk

# Commonwealth of Massachusetts

HAMPDEN, SS.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
NO. 94-1160-61

COMMONWEALTH

- vs -

CARLOS MARRERO

APPEARANCE

In the above entitled action _____

appear for _Def_____

HAMPDEN
SUPERIOR COU.
**FILED**
JUL 1 3 1994

*William J. Martin Jr.*
CLERK/MAGIST?

_____
Attorney

_____55 State_____
Address

_____731-5820_____
Telephone

A true copy:

Attest:
_____
Assistant Clerk

Form 1Cr.

# HAMPDEN SUPERIOR COURT 91-1250

**COMMONWEALTH VS.** CARLOS MARRERO, ALIAS

**Offense:** UNLAWFUL DISTRIBUTION OF A CONTROLLED SUBSTANCE (CLASS B-COCAINE) **Bail:**

See 91-1248

C94C S32A

**Counsel:**

| 1991 MAY 13 | 1 | Entered |
|---|---|---|
| Aug. 5 | | Retracts and pleads guilty. |
| | | Court accepts plea. |
| | | Finding. (Murphy, J.) |
| | | Sentence: MCI Cedar Junction for the term of not more than 5 years |
| | | and not less than 3 years. |
| | | Coc/w 91-1248. Credit 101 days. |
| | | Drug assessment waived. (Murphy, J.) |

A TRUE COPY
OF THE DOCKET MINUTES.

IN WITNESS WHEREOF, I hereunto
set my hand, and have caused the seal
of the Superior Court at the County
of Hampden to be affixed on this
21st day of October 2005

[signature]
Deputy Assistant Clerk