UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs.                                                  )<br>)<br>CARLOS MARRERO, Defendant   )<br>_____) | CRIM. NO. 05-30017-MAP |

MOTION FOR LEAVE TO WITHDRAW

    Counsel for the defendant, CARLOS MARRERO, hereby requests leave to withdraw as counsel and requests that the Court appoint counsel for Mr. MARRERO. As grounds for this Motion, counsel states that she has been discharged by the defendant because of fundamental disagreement regarding how to proceed with the case and defend the charges. Mr. MARRERO has informed counsel that he wishes the Court to appoint counsel for him. The prosecution will not be prejudiced by a change of counsel as virtually no time has elapsed on the speedy trial clock.

Respectfully submitted,
CARLOS MARRERO, Defendant

/s/ Linda J. Thompson

Linda J. Thompson, BBO #496840
THOMPSON & THOMPSON, P.C.
1331 Main Street
Springfield, MA 01103
(413) 739-2100

Certificate of Service

I hereby certify that a true and accurate copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 19, 2006.

/s/ Linda J. Thompson

Linda J. Thompson