⍉AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FILED
IN CLERK'S OFFICE

| FIRST | DISTRICT OF | MASSACHUSETTS |

2006 MAY -5 P 3:12

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES

v.                                                          **APPEARANCE**

CARLOS MARRERO

Case Number:   05-30017-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States of America

I certify that I am admitted to practice in this court.

_5/5/06_
Date

_[signature]_
Signature

Todd Newhouse
Print Name                                                          Bar Number

1550 Main Street, Room 310
Address

Springfield          MA          01103
City                 State       Zip Code

413-785-0109        413-785-0394
Phone Number                                                        Fax Number