UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
                                    )
        v.                          )          Criminal Action No. 05-30017-MAP
                                    )
                                    )
CARLOS MARRERO,                     )
                Defendant           )

APPOINTMENT OF FEDERAL DEFENDER
May 8, 2006

PONSOR, U.S.D.J.

        The financial inability of the defendant to retain counsel having been established

by the Court, and the defendant not having waived the appointment of counsel,

        It is hereby ORDERED that the Federal Defenders Office for the District of

Massachusetts be appointed, effective as of this day to represent said defendant in this

cause until further order of the court.

        IT IS SO ORDERED.

                                            /s/ MICHAEL A. PONSOR
                                            MICHAEL A. PONSOR
                                            U.S. District Judge