UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-30017-MAP |
| | ) | |
| CARLOS MARRERO | ) | |

<u>ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE</u>

Defendant, Carlos Marrero, moves that the Court continue the status conference presently scheduled for June 14, 2006 to a date convenient to the Court but no sooner than July 17, 2006. As grounds for this motion, defendant counsel states that he needs additional time to conduct factual and legal research in order to reliably report to the Court whether the case will be tried or disposed of short of trial. As additional grounds, defendant through counsel refers to the memorandum filed herewith under seal.

The government assents to this Motion. The parties agree that the time period beginning on June 14, 2006 and concluding on the date of the rescheduled status conference in excludable from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B) because a continuance is in the interests of justice to allow the parties to engage in continued plea negotiations.

```
                              CARLOS MARRERO
                              By His Attorney,


                              /s/ Timothy G. Watkins
                              Timothy G. Watkins
                                B.B.O. #567992
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 15, 2006.