UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-30017-MAP |
| | ) | |
| CARLOS MARRERO | ) | |

MOTION FOR LEAVE TO FILE MEMORANDUM UNDER SEAL

Defendant, Carlos Marrero, moves, pursuant to Local Rule 7.2, that the Memorandum in support of his Assented-To Motion to Continue be impounded and that it remain impounded until further order of this Court. As reason therefore, defendant states that the Memorandum contains confidential and sensitive information that should not be a part of the public record.

CARLOS MARRERO
By His Attorney,

/s/ Timothy G. Watkins
Timothy G. Watkins
  B.B.O. #567992
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 15, 2006.