

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

June 23, 2006

Timothy G. Watkins, Esq.
408 Atlantic Avenue
Boston, MA 02110

    Re:  <u>United States v. Carlos Marrero</u>,
         Criminal No. 05-30017-MAP

Dear Attorney Watkins:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the enclosed letter from USMS Deputy Michael C. Nelson dated August 22, 2005.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

          By:

                        TODD E. NEWHOUSE
                        Assistant U.S. Attorney

enclosure
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures)