```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )    Criminal No. 05-30017-MAP
                            )
                            )
        v.                  )
                            )
CARLOS MARRERO,             )
        Defendant.          )
```

STATUS REPORT

Now comes the United States, by its undersigned attorneys, and provides the Court with a status report in the above captioned case. It appears at this time that there will be a trial. In the event that there is a change in the status, the parties will report to the Court.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:
                              /s/ Todd E. Newhouse
                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

Hampden, ss.                       Springfield, Massachusetts
                                   May 1, 2007

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by ECF, a copy of the foregoing, to all counsel of record.

```
                              /s/ Todd E. Newhouse
                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney
```