

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*      *Federal Building & Courthouse*
*Fax: (413) 785-0394*                 *Main Street, Room 310*
                                      *Springfield, Massachusetts 01103*

May 14, 2007

Timothy G. Watkins, Esq.
408 Atlantic Avenue
Boston, MA 02110

    Re:   <u>United States v. Carlos Marrero</u>,
          Criminal No. 05-30017-MAP

Dear Attorney Watkins:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B), Fed. R. Crim. P. 16(a)(1) and 18 U.S.C § 3500, I am providing you with the enclosed documents numbered 00001 through 00244.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                                   Very truly yours,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                       By:   <u>/s/ Todd E. Newhouse</u>
                            TODD E. NEWHOUSE
                            Assistant U.S. Attorney

enclosure
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures)